# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

### No. 22-1617

**REMY HOLDINGS INTERNATIONAL, LLC,**

    **Plaintiff – Appellant,**

v.

**FISHER AUTO PARTS, INC.**

    **Defendant – Appellee.**

## MOTION TO WITHDRAW BY COUNSEL FOR FISHER AUTO PARTS, INC.

Pursuant to Fourth Circuit Rule 46(c), counsel for appellee, Fisher Auto Parts, Inc. ("Fisher"), respectfully moves this Court for withdrawal of Lyle D. Kossis, Esq., ("Mr. Kossis") as counsel of record for Fisher. As of November 14, 2022, Mr. Kossis will no longer be an attorney with the law firm, McGuireWoods LLP. All counsel of record and Fisher have been informed of this departure and do not oppose this motion. Fisher will continue to be represented by Ryan D. Frei, Esq., Matthew A. Fitzgerald, Esq. and McGuireWoods LLP.

As such, providing leave for Mr. Kossis to withdraw from counsel would not result in prejudice to Fisher, nor would it result in undue costs and delays in this Court's resolution of this matter.

Accordingly, Fisher respectfully requests that this Court grant its motion permitting Mr. Kossis to withdraw as counsel of record and from the Court's Electronic Notification System.

Dated: November 10, 2022 	Respectfully submitted,

	/s/ Lyle D. Kossis
	Ryan D. Frei
	Matthew A. Fitzgerald
	Lyle D. Kossis
	**MCGUIREWOODS LLP**
	Gateway Plaza
	800 East Canal Street
	Richmond, VA 23219-3916
	(804) 775-4703
	(804) 775-1061 (Facsimile)
	rfrei@mcguirewoods.com
	mfitzgerald@mcguirewoods.com
	lkossis@mcguirewoods.com

	***Counsel for Fisher Auto Parts, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2022, I electronically filed the foregoing Motion to Withdraw by Counsel for Fisher Auto Parts, Inc. with the Clerk of Court for the United States Court of Appeals for the Fourth Circuit by using the CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

    /s/ Lyle D. Kossis
Lyle D. Kossis
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
(804) 775-4703
(804) 775-1061 (Facsimile)
lkossis@mcguirewoods.com

3