## FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 22-1617                    Date of Oral Argument: 10/25/23

Caption: Remy Holdings International, LLC v. Fisher Auto Parts, Inc.

Attorney Arguing: Matthew A. Fitzgerald

Arguing on Behalf of (party name):

Fisher Auto Parts, Inc.

Select party type:
☐Appellant  ☑Appellee  ☐Appellant/Cross-Appellee  ☐Appellee/Cross-Appellant  ☐Amicus  ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:**  Please indicate how much argument time you wish to use.  You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry.  Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.

→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→15 rather than 20 minutes are allotted in social security, black lung & labor cases in which primary issue is whether substantial evidence supports agency decision, and in criminal cases in which primary issue is application of sentencing guidelines; 30 minutes are allotted in en banc cases
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Matthew A. Fitzgerald
Phone Number (day of argument): (804) 432-2888

Principal Argument Time:  20                    Rebuttal Argument Time (if any):
(for appellants and appellees)              (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time:
Phone Number (day of argument):

Principal Argument Time:                    Rebuttal Argument Time (if any):
(for appellants and appellees)              (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:

Phone Number (day of argument):

Argument Time:                    Select one of the following: ☐ Order allowing argument time
                                                     ☐ Court-Appointed Amicus

Signature:  /s/ Matthew A. Fitzgerald                    Date: 08/17/23